IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTT E. CASEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., et al.,<br><br>    Defendants. | § § § § § § § § § § § § § §   Civil Action No. 3:11-cv-3043-O |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Enforce, Motion for Bench Warrant and Motion for Order to Show Cause Why John Claude Krusz, Ph.D., M.D., ("Dr. Krusz") Should Not Be Held In Contempt (ECF No. 136), filed September 16, 2013. Dr. Krusz was subpoenaed by Plaintiffs on October 31, 2012, and ordered to bring his complete file to the deposition (ECF No. 49). Dr. Krusz failed to bring his file to the deposition and Plaintiffs again served Dr. Krusz with a subpoena to compel his appearance at trial and to compel production of his file (ECF No. 82), July 23, 2013. Defendants filed a Motion to Quash the subpoena, which was denied. *See* Order, Sept. 13, 2013, ECF No. 130. The Court ordered both parties to provide Dr. Krusz with a copy of the Court's Order and ordered Dr. Krusz to bring the requested documents to trial or make them available before trial on September 16, 2013. *Id.* However, Dr. Krusz failed to appear or produce the documents.

Accordingly, it is **ORDERED** that Dr. Krusz is required to appear in United States District

Judge's Courtroom 1310, 1100 Commerce Street, Dallas, Texas, at 9:00 am on September 18, 2013.

It is further **ORDERED** that if Dr. Krusz fails to appear as ordered, the United States Marshals Service shall take Dr. Krusz into custody and incarcerate him until the completion of the trial. It is further **ORDERED** that both parties shall provide Dr. Krusz with a copy of this Order.

    **SO ORDERED** on this **17th day** of **September, 2013**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE