IN THE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT E. CASEY, *et al.* | § § § | |
| *Plaintiffs,* | § | |
| v. | § § | Civil Action No. 3:11-cv-03043 |
| TOYOTA MOTOR ENGINEERING AND MANUFACTURING NORTH AMERICA, INC., *et al.* | § § § § | |
| *Defendants.* | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties hereby enter into a stipulation of dismissal of all claims that have not been otherwise addressed by the Court's granting of Defendants' Motions for Judgment as a Matter of Law on September 23, 2013.

Respectfully submitted,

AYRES LAW OFFICE, P.C.

By:         /s/ Christopher S. Ayres_____
CHRISTOPHER S. AYRES
State Bar No. 24036167
R. JACK AYRES, JR.
State Bar No. 01473000
4350 Beltway Drive
Addison, TX 75001
972-991-2222
972-386-0091 (Facsimile)

HALEY & OLSON, P.C.

CRAIG D. CHERRY
State Bar No. 24012419
Triangle Tower, Suite 600
510 North Valley Mills Drive
Waco, Texas  76710
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

ATTORNEYS FOR PLAINTIFFS

        BOWMAN AND BROOKE LLP

By:      /s/ Kurt C. Kern_____
KURT C. KERN
State Bar No. 11334600
SUZANNE H. SWANER
State Bar No. 90001631
JUDE T. HICKLAND
State Bar No. 24065416
2501 North Harwood Street, Suite 1700
Dallas, Texas 75201
Main: (972) 616-1700
Fax: (972) 616-1701

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this filed pleading is being served upon all counsel of record through the Court's ECF delivery system, as provided by the Local Rules at or shortly after the time and date of filing.

                                /s/ Christopher S. Ayres_____
                                Christopher S. Ayres